IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONNIE LEE OWEN,

    Plaintiff,

v.                                                         CASE NO. 5:13-cv-320-RS-GRJ

ONE UNKNOWN FEMALE
OFFICER, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff was ordered to file an affidavit of indigency and inmate account statement on or before November 29, 2013.  Doc. 4.  Plaintiff failed to comply with that order, and there has been no docket activity since the date of the Court's order.  Further, a review of the Bureau of Prison's online inmate locator reflects that Plaintiff has been released from custody.  Plaintiff has failed to apprise the Court of a current address.

Because Plaintiff failed to comply with the Court's order, has had no communication with the Court since this case was filed, and has been released from custody without providing the Court with a current address, it appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS**  this 31st day of March 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge