IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RONNIE LEE OWEN,**

    **Plaintiff,**

v.                     **CASE NO. 5:13-cv-320-RS-GRJ**

**ONE UNKNOWN FEMALE
OFFICER, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections were filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with an order of the Court and failure to prosecute.

3. The Clerk is directed to close the file.

**ORDERED** on April 30, 2014.

                              /S/ Richard Smoak
                              **RICHARD SMOAK
                              UNITED STATES DISTRICT JUDGE**